AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>Benjamin J. Wilson<br>*Defendant(s)* | )<br>)<br>) Case No. 19-MJ-6119<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 13, 2019** in the county of **Peoria** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(2)(A) | knowingly distributed child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including one or more visual depictions involving a prepubescent minor and a minor under twelve years of age, said child pornography having been mailed, shipped and transported in and affecting interstate and foreign commerce, and using any means and facility of interstate and foreign commerce, including by computer. in violation of Title 18, United States Code, Section 2251(a). |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Scott Gamboe

*Complainant's signature*

**SFO SCOTT GAMBOE, USSS**
*Printed name and title*

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1
s/Jonathan E. Hawley

Date: 12/05/2019

City and state: Peoria, IL

*Judge's signature*

Jonathan E. Hawley, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Special Federal Officer Scott Gamboe, having been duly sworn, state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a detective with the Peoria County Sheriff's Department, located in Peoria, Illinois and have been employed there from June 1998 to present. I am also a Special Federal Officer through the sponsorship of the United States Secret Service (USSS). I am a member of the United States Attorney's Office Central Illinois Cyber Crime Unit based in Peoria, Illinois. I have received extensive training in criminal investigations, computer crime investigations, computer and electronic device forensic exams, identity theft, fraud, and child pornography investigations. I have conducted numerous investigations, state and federal, involving computer crimes, identity theft, fraud, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants. In addition, I am an EnCE certified computer forensic examiner and a CCPA certified mobile device examiner. I hold a BA in Criminal Justice from the University Of Illinois – Springfield.

2. As a Special Federal Officer, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. During such investigations, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I have been involved in numerous child pornography investigations

and am very familiar with the tactics used by child pornography offenders who collect child pornographic material, and those who seek to exploit children.

3. I make this affidavit in support of an application for an arrest warrant for the person of Benjamin J. WILSON, date of birth November 9, 1978. I have probable cause to believe that WILSON committed a violation of 18 U.S.C § 2252A(a)(2) (distribution of child pornography).

4. This affidavit is based on information I have gained from my investigation, as well as information provided by other law enforcement agents and others involved in this and other investigations. Because I am submitting this affidavit for the limited purpose of securing the requested search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that WILSON committed the offense of distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

## STATEMENT OF PROBABLE CAUSE

### Investigation

5. As a member of the Internet Crimes Against Children (ICAC) task force, I have a software tool available to me that assists in the investigation of the possession and distribution of child pornography. This software monitors various P2P networks for files whose hash values have been identified as pictures or videos depicting child pornography, and are stored in the aforementioned P2P Database. In my office, I maintain computers dedicated to monitoring the various P2P networks for these files.

When the software detects that an IP Address is offering to share files known to contain images of child pornography, a direct link between my computer and that IP Address is established. Any files that my computer downloads will come exclusively from that IP Address.

6. A review of my computer revealed that between June 18, 2019 at 0007 UTC, and September 6, 2019 at 1811 UTC, the I.P. Address 108.220.160.62 was documented as offering to share 27 files known to law enforcement to contain images of child pornography (CP), as defined in 18 U.S.C. § 2256. According to the software tool, AT&T U-Verse (owned by AT&T Inc.) is the Internet Service Provider (ISP) that owns that IP Address.

7. This I.P. Address showed only one GUID accessing the G2 network during this period: 597A38DFDAF0C74E9AD3F612E35D64E2. The presence of only one GUID on this I.P. Address indicates that only one device has been offering to share the CP files, and that the client software for the G2 network has not been uninstalled/reinstalled on that computer, since every installation of the software provides a new unique GUID, even on the same computer.

8. At the time that I first observed this activity, according to the software tool, this device was last observed accessing the G2 network and offering to share these files on September 6, 2019 at 1811 hours (UTC). At that time, this computer was observed offering to share the files listed below, among others. I compared the SHA1 hash values to the SHA1 hash values for files in the library of known CP files (provided to me by the ICAC task force). I viewed each of these four videos and confirmed that

they depict images of child pornography, as defined in 18 U.S.C. § 2256. Each description below lists the file's listed name and SHA1 hash value:

    a. SHA1: 6KNE7UE76DSXC7SMQMFTWHF6FDH5ZOT6 ("!!!!!!!! [boy man] Dad Pops His 8Yo Boys Butt Cherry –preteen pedo gay kiddy incest.avi"). The video is 3 minutes and 23 seconds in length, and depicts an adult male using his penis to anally penetrate a nude prepubescent male child. The child's anus and genitals are visible in the video.

    b. SHA1: I3LUKVLZ3NJQX76TEATQBMP5TZCCZYHX ("p-101 boyorgie pthc pedo kdv 8yo 9yo 10yo 5 little gay boys young boylovers fuck suck.mpg"). The video is 9 minutes and 37 seconds in length. It depicts five nude prepubescent males. These males are seen masturbating, performing oral sex on, and using their penises to anally penetrate, each other. One of the male children is shown in a scene where his hands are bound over his head while another male inserts his penis into the bound child's mouth.

    c. SHA1: KJ3LTYOKKGIZZDFK3TU5S4E4KAQFBEC5 ("(Pthc) Webcam – Google Chat girls 2006 Pt 10Yo Totally Nude With fat 11yo Friend, [PTSC] blonde slut with chubby friend, 16231.avi"). The video is 28 minutes and 52 seconds in length. It shows two preteen females on what appears to be a webcam-generated video.

The females remove their clothes. They display their nude breasts, and show close-up views of their nude vaginas.

    d. SHA1: P527YXPM66RYTZCYCL6RHRDWH26EOL2H ("(Pthc)2-6yo boy rape and scream (gay pedo).mpg"). This video is 11 minutes and 17 seconds in length. It depicts two nude prepubescent males. They appear to be inside some kind of a large vehicle, such as a bus or an RV. The boys masturbate and expose their nude genitals to the camera, and an adult male performs oral sex on them. It should be noted that on July 4, 2019 at 1014 UTC, this same GUID and I.P. Address were observed on the G2 network, offering to share this same file.

9.     I viewed the historical list of files that this I.P. Address and GUID have been observed offering to share on the G2 P2P network, and I compared these files' SHA1 hash values to those values for the files in my ICAC library. I located five other video files that this I.P. Address and GUID have offered to share on the G2 network, and I confirmed that these files met the federal definition for child pornography, as described in 18 U.S.C. § 2256. This makes a total of nine video files being shared (by this I.P. Address and GUID) on the G2 network, which I have visually confirmed to contain child pornography.

10.     One of these other five videos had the SHA1 hash value of 4BHOMAWC42Z5OBNLRYBQJ6FMQCL62WWH, and a filename of "Babygirl – Babies Toddlers – Cum And Crying (New Compilation Of Rare Baby Toddle 1 Yo 2Yo Pthc

Babyfuck Vids).avi". This video is 8 minutes in length and is a compilation of scenes. One scene depicts a female infant with her nude vagina exposed to the camera. A male rubs his penis on and ejaculates on the infant's vagina. In another scene, a male uses his penis to anally penetrate a blindfolded prepubescent female child (the child is bent over a bed and is screaming, while the male holds her in place with a hand around her neck, and it appears that her arms are tied down in front of her). In another scene, a male uses his penis to anally penetrate a female infant, whose nude genitals are exposed to the camera. In multiple other scenes, males ejaculate on the genitals of nude female infants.

11. The software tool also logged searches conducted by the computer that was observed offering to share these files. These searches included "10yo avi boy butt fucks man mb", "10yo a avi bibcam black boy", "avi boy by dad fucked gay", "avi best gay pedo ? ????" (all of these occurring on September 6, 2019 between 0639 hours UTC and 1512 hours UTC), and "11yo and bondage boy fixedz1b" (August 30, 2019 at 0101 UTC), among others.

12. On October 2, 2019, I filed an Administrative Subpoena with AT&T to determine the identity of the assigned user of this I.P. Address during the described activity on September 6, 2019. On October 5, 2019, AT&T responded with the requested information. The user listed on the account was identified as Benjamin WILSON. Two addresses were provided by AT&T: 1204 E. Tripp Avenue in Peoria, Illinois, and 6720 Summershade Circle Apartment L in Peoria, Illinois.

13. Through the Illinois Secretary of State's Office, I discovered that WILSON has one vehicle registered to him. The vehicle is a blue 2004 Chevy Malibu, Illinois

registration of AC97980, and a VIN (Vehicle Identification Number) of 1G1ZT64834F161648.

14. Typically, residential I.P. Addresses are "dynamic", in that they change from time to time, especially when the modem loses power or loses its connection to the Internet. However, a check of the AT&T U-Verse system indicates that their residential I.P. Addresses are "static", meaning that they do not change. The modem could be used at both locations, yet still retain the same I.P. Address.

15. I checked the address at 1204 E. Tripp. I did not see signs that anyone was there, and there is a sign in front of the house indicating that it is for rent. I checked the location at 6720 Summershade Circle, Apartment L. I observed the Chevy Malibu in the parking lot for the building at the 6720 Summershade Circle address. Upon subsequent observations of the residence, I observed that the vehicle had been moved.

16. A check of the Illinois Secretary of State's database revealed that both WILSON's Illinois driver's license and the registration on WILSON's Chevy Malibu show WILSON's home address to be the Summershade Circle location.

17. According to Peoria (Illinois) Police Department report number 17-8863, as of April 28, 2017, WILSON listed the Summershade Circle location as his home address. In that incident, WILSON contacted the police as a victim of harassment. He described having met a female online and invited her to his apartment on Summershade Circle). Despite WILSON's request to the contrary, the female subject continued to send him numerous text messages after their encounter.

18. On November 6, 2019, I again checked this I.P. Address (108.220.160.62) using my software tool, and the software indicated that a connection had been made to this I.P. Address, through a device with the same GUID as listed above, on November 5, 2019 at 1529 hours UTC.

19. On November 13, 2019, I checked this I.P. Address (108.220.160.62) using my software tool. I observed that this I.P. address had an active connection with the G2 network at that time. I found that as early as 0849 hours local time on this date, the target GUID (597A38DFDAF0C74E9AD3F612E35D64E2) was online through the listed I.P. Address, offering to share files known to law enforcement to contain depictions of child pornography. My software tool was in the process of attempting to download three files. The software assigns filenames to these downloaded files using the following convention: the source I.P. Address, followed by the file's SHA1 hash value, then the common filename, then the file extension (e.g. .avi, .mpg, .jpg, and so on), with the word "partial" added to the end. "Partial" is placed there to indicate the download has not finished. However, if a sufficient portion of the file is downloaded, it is possible to view the file my renaming it without the .partial extension, and opening the file in the normal manner used for that file type.

20. Those files were:

    a. "108.220.160.62_sha1_6KNE7UE76DSXC7SMQMFTWHF6FDH5ZOT6_Pops His 8Yo Boys Butt Cherry -preteen pedo gay kiddy incest.avi.partial" – I located this video in my aforementioned file library, based upon the SHA1 hash value. It depicts an adult male

using his penis to anally penetrate a nude prepubescent male. The listed I.P. Address (108.220.160.62) was documented as offering to share this file on September 6, 2019, as identified by both the filename and the SHA1 hash value.

b. "108.220.160.62_sha1_KJ3LTYOKKGIZZDFK3TU5S4E4KAQFBEC5 _ fat 11yo Friend.[PTSC] blonde slut with chubby friend.16231.avi.partial" – I located this video in my aforementioned file library, based upon the SHA1 hash value. The quality of this video is poor, with a picture that is often too grainy/pixelated to determine what is being depicted. At the beginning, two preteen females are seen on camera, fully clothed. I located times in the video when it was clear that a nude vagina was being displayed. When the camera pans back to the female's face, the quality of the video makes it difficult to determine if the preteen female who is shown at that point is the same female whose nude vagina was displayed in the video. The listed I.P. Address (108.220.160.62) was documented as offering to share this file on September 6, 2019, as identified by both the filename and the SHA1 hash value.

c. "108.220.160.62_sha1_V7KYXOR5TOYTVOMJZYM4YPJ4C7GFBA4 R_ull HD) ~ NEW! opva 2014 kids 11y 12y 13y pedo children porn.mp4.partial" – I could not locate this video in the

aforementioned library. I could not locate this file as having been previously offered for sharing by this GUID/I.P. Address, based upon the SHA1 hash value.

    d. In reference to these filenames, "preteen", "pedo", "kiddy", and "opva" are terms known to law enforcement to reference files depicting images of child pornography. Terms such as "8Yo", "11y", "12y", and "13y" refer to the ages of the subjects engaging in sexual conduct in the files referenced by the filename. "PTSC" refers to "pre-teen soft core", which refers to depictions of preteen children engaged in sexual conduct.

21. On 11-13-2019 at 0925 hours, I drove to the Summershade Circle location, where the I.P. Address 108.220.160.62 is known to have been assigned. In the parking lot, I observed the Chevy vehicle that is registered to WILSON.

22. I returned to my office and again checked my software tool. As of 1007 hours local time, the GUID described infra was still offering to share the same files.

23. On 11-19-19, at approximately 0715 I began observation of Wilson's residence and vehicle. At approximately 0900 hours, Detective Hoffman relieved me and continued the observations until approximately 1145 hours, when we executed the search warrant with the assistance of Detective Swartzentruber from Bloomington PD and four agents from the US Secret Service, including RAIC Jeff Rinehart. I obtained a key to the residence, but Wilson had placed a cardboard box behind his front door, necessitating the use of a ram to fully open the door. This did not damage the door in a

way that would prevent it from locking and securing the residence. The jamming of the door with the box caused a significant delay of the team entering the apartment. During this time, Wilson refused repeated orders to come upstairs, explaining that he was "naked."

24.     When we made initial person-to-person contact with Wilson, he gave three verbal commands to his Alexa unit: "Alexa, call mom"; "Alexa, call mom"; "Alexa, lights out". Several lights did turn off, but no phone calls were made. Subsequent investigation of the capabilities of an Alexa unit indicated that through the use of devices called "Raspberry Pi", a user can create voice commands that will trigger operations on a connected computer. Wilson had a tower of eight Raspberry Pi devices running, six of which had Micro SD cards in their memory slot, along with one standalone Raspberry Pi unit with a Micro SD memory card. At this time, it is unclear what computer actions, if any, were triggered by Wilson's commands to the Alexa unit. Such commands could be used to attempt to destroy evidence on a connected electronic device, especially when created by an individual with WILSON's level of computer knowledge and inventory of equipment.

25.     SA Vince Pescitelli of the US Secret Service read Wilson his Miranda rights, and Wilson agreed to talk to us. While I assisted in the interview of Wilson, the rest of the team searched the apartment while Detective Swartzentruber triaged electronic devices recovered at the scene. During the interview, Wilson indicated that he has been taking computer-related classes in college.

## Initial Examination Of Devices

26. My initial examination of the devices seized during the search warrant indicate that, as Wilson indicated during the interview, he has extensive knowledge of computers, particularly the Linux operating system. The Raspberry Pi units in the tower and the additional Raspberry Pi that was a standalone unit were all running on the Linux operating system, as was his desktop computer.

27. I examined the 4 TB Seagate external hard drive, serial number W801OEL6, seized during the search of the apartment. I designated the main data partition as the "D" partition, as indicated within the EnCase software. In the folder D:\$RECYCLE.BIN\S-1-5-21-2791331430-3267975382-2682260065-1001\LAPTOP-MMLDH50H\Backup Set 2018-09-04 203542\Backup Files 2018-09-04 203542, I located a sequentially numbered set of backup files which, based upon the names of the folders, was likely a backup for a laptop computer, which was created on September 4, 2018. The files began with "Backup files 1.zip", and continued to "Backup files 345.zip". The "File Created" dates were on September 4, 2018, and were approximately 8 minutes apart from one file to the next. The date matches the date indicated on the parent folder ("2018-09-04 203452"). The location of the folder indicates that it was located within the drive's Recycle Bin (which contains deleted files and folders on a given drive). The string of characters that follows the Recycle Bin indicator shows that this Recycle Bin was assigned to the user with a Security ID (SID) ending with 1001.

28. In particular, I examined the file "Backup files 36.zip". Within this archive, EnCase has designated the root folder as being representative of the "C"

partition of a storage device. Using that naming convention, within the folder C:\Users\Ben\AppData\Local\Shareaza\Incomplete, I located the file "sha1_5T5JOIWPGA357LW7PANSFE4ARILPFQDS.partial". The archived data was from a Windows-based computer, within an account having the username "Ben". It contained data from the Shareaza software, which is a peer-to-peer (P2P) client running across multiple networks. This includes Gnutella, which is the P2P network my monitoring software was observing when it detected Wilson's I.P. Address with a device offering to share known files of child pornography (CP) (infra).

29.   When Shareaza is downloading a file, the data is initially held in a file in the "shareaza\incomplete" folder, within a file that receives its filename using the following naming convention: "sha1_<the actual completed file's SHA1 hash value>.partial". When I observed the file "sha1_5T5JOIWPGA357LW7PANSFE4ARILPFQDS.partial", I compared that SHA1 hash value to the SHA1 hash values in a library of known CP files, provided to me by the Internet Crimes Against Children (ICAC) task force. I discovered that this matches a file from the ICAC library. At this time, the file does not have an indicator for the length of the video, but it is extensive. I allowed approximately 1/3 of the video from my library to play while I used a timer, and it showed over eight minutes of runtime to that point, indicating the video is likely in excess of 30 minutes in length. It shows a series of scenes of the sexual abuse of a nude prepubescent male, primarily by an adult male. The victim and the adult appear to be the same throughout most of the different scenes, with the exception of the initial scene, which appears to portray one prepubescent male

performing oral sex on another. The other scenes show the male and the child performing oral sex on each other, and shows the adult male using his penis and fingers to anally penetrate the nude male child. In one of the scenes, the nude male child is lying on his stomach with his hands and feet tied together behind his back, in a "hogtied" manner, while the adult places his penis in the boy's mouth. In another scene, the nude male child is tied to a chair while the adult male places his penis in the boy's mouth. In another scene, the nude male child is tied face down on a piece of furniture while an adult male uses his penis to anally penetrate the child.

30. I exported the file "sha1_5T5JOIWPGA357LW7PANSFE4ARILPFQDS.partial" and attempted to access it. Although the full content was not available, I was able to view the file using VLC media player software. The portion I viewed contained some of the scenes of child sexual abuse as described above. The completed file in my library was 253,566,326 bytes in size, while the file I recovered from the disk from Wilson's apartment was 209,321,748 bytes in size. Since the file had not been completely downloaded at that point, it was still located in the "Incomplete" folder and still maintained the ".partial" file extension.

31. There are many different file sharing software applications available for use across multiple networks. One commonality among them is that in order to facilitate the sharing of files, users have one or more folders on their computer designated as "shared" folders, meaning that other users on the same network are able to download part or all of any files located in a shared folder. The software applications offer an explanation or warning to this effect at some point during the installation or

initialization process, so users are able to be aware that this sharing of files is occurring. By default, most of these software applications will move any files the user has fully downloaded, into the default shared folder, meaning that once that file has been downloaded, the user of the software is now sharing that file on the network. If a user does not share files, but instead only downloads, their download speed will be reduced (a process referred to as being "throttled").

32. On December 4, 2019, I installed Shareaza on a computer in my lab. When I ran the software for the first time, I encountered a screen that explained the sharing process described herein. The following was included on this screen: "You do not have to share content to use Shareaza, however some software will behave differently to users who are not sharing anything. Please indicate which folders, if any, you wish to share. Simply click the Add button to add a new folder." This message was followed by three separate folders on the user's computer, which are shared on the Shareaza network by default, with the option to remove those folders from the shared list or add more.

33. The average user should be able to understand, based upon this screen, that any downloaded files will be shared with the network, by default. A user with WILSON's computer knowledge should certainly be aware of this.

34. The software I use to search for computers offering to share known files of child pornography located a device at WILSON's residence offering to share known child pornography on the Gnutella network, on multiple occasions. The child pornography files I downloaded from a device at WILSON's residence were shared on the Gnutella peer-to-peer network. The child pornography file I recovered from the hard

drive at WILSON's residence was being downloaded using Shareaza, which operates on multiple file sharing networks, including Gnutella. This file was located in folder associated with the Shareaza software, within a folder designated for use by user "Ben". WILSON's first name is Benjamin. Also, on this same hard drive, I located numerous videos with WILSON appearing in them, and in fact WILSON appeared to be the one creating the videos. Most of these videos were from September of 2018 or after, although the most recent was from January of 2019. The archive where I found this child pornography video was created on September 4, 2018.

## Conclusion

35.   Based on the above information, there is probable cause to believe that WILSON has committed the offense of distribution of child pornography as described above, and I request an arrest warrant be issued for WILSON's person.

s/Scott Gamboe

SCOTT GAMBOE
Special Federal Officer, USSS

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on December 5, 2019.

s/Jonathan E. Hawley

HONORABLE JONATHAN E. HAWLEY
UNITED STATES MAGISTRATE JUDGE
CENTRAL DISTRICT OF ILLINOIS